IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEPHEN FURR, JR.,              )
                                )
            Plaintiff,          )        8:11CV251
                                )
      v.                        )
                                )
CELLCO PARTNERSHIP, d/b/a       )        ORDER
VERIZON WIRELESS and WWC        )
LICENSE LLC, d/b/a VERIZON      )
WIRELESS,                       )
                                )
            Defendants.         )
_____)
```

       This matter is before the Court on the stipulation for dismissal of WWC License LLC, d/b/a Verizon Wireless with prejudice (Filing No. 16).  The Court finds the stipulation should be approved and adopted.  Accordingly,

       IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice as to WWC License LLC, d/b/a Verizon Wireless, each party to bear their own costs and attorney fees.

       DATED this 21st day of October, 2011.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court