IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEPHEN FURR, JR.,              )
                                )
            Plaintiff,          )          8:11CV251
                                )
      v.                        )
                                )
CELLCO PARTNERSHIP, d/b/a       )          ORDER
VERIZON WIRELESS,               )
                                )
            Defendant.          )
_____)
```

        This matter is before the Court on plaintiff's motion
to extend (Filing No. 27).  The Court finds the motion should be
granted and that defendant should have the same extension to file
a reply brief, if it wishes to do so. Accordingly,

        IT IS ORDERED:

        1) The motion is granted; plaintiff shall until July
17, 2012, to submit declarations in opposition to the motion for
summary judgment.

        2) Defendant shall have until July 24, 2012, to file a
reply brief, if it wishes to do so.

        DATED this 10th day of July, 2012.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court