IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN FURR, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV251 |
| | ) | |
| v. | ) | |
| | ) | |
| CELLCO PARTNERSHIP, d/b/a | ) | ORDER |
| VERIZON WIRELESS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 44).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted;

2) This action is dismissed with prejudice pursuant to the terms of the stipulation.

DATED this 7th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court